CIVIL DOCKET

UNITED STATES DISTRICT COURT

CLOSED CASE

Jury demand date: NJ

CARD IDEX

10902

D. C. Form No. 106A Rev.

Reopened CLOSED CASE

LAKE CHARLES

TITLE OF CASE ✓

MARCUS GORDON and CARLISS GORDON, minors, by their mother and next friend, MRS. EDOLIA R. GORDON;
[redacted] CHARLES CORMIER, GRADY FAYE DUNCAN, LINDA MARIE DUNCAN, and NETTIE BELL DUNCAN, minors, by [redacted] their father, guardian & next friend, McKINLEY CORMIER;
ROOSEVELT CORMIER, JR., MICHEAL JOSEPH CORMIER, DONALD RAY CORMIER, and WILLIE ROY CORMIER, minors, by their father and next friend, ROOSEVELT CORMIER;
CLAUSSY SOLAIRE, JR., BARBARA ANN SOLAIRE, CARLTON JOSEPH [redacted] SOLAIRE, and ANNA MARIE SOLAIRE, minors, by their father & next friend, CLAUSSY SOLAIRE;
BEVERLY PETE, [redacted] LAURANCE PETE, JR., CAROLYN PETE, TERRENCE PETE, CLARENCE PETE, LORETTA [redacted] PETE, GEORGE PETE, and MICHELLE PETE, minors, by their father and next friend, LAURANCE PETE;

and

CLARENCE MATTHEWS, JR., a minor by his father and next friend, CLARENCE MATTHEWS

3 VS.

JEFFERSON DAVIS PARISH SCHOOL BOARD, and J. C. NEELY, Superintendent

ATTORNEYS

For plaintiff:

~~A.P.Tureaud and A.M.Trudeau,Jr.,Ernest N. Morial, 1821 Orleans Ave.,NewOrleans,La.~~

Dennis D. Parker
NAACP Legal Defense & Educational Fund, Inc.
99 Hudson Street
Suite 1600
New York, New York 10013
Telephone No. (212) 219-1900

Robert Williams
1822 North Acadian Thruway West
Baton Rouge, Louisiana 70802
Telephone No.: (504) 356-5252

Marion Overton White
Bar Roll No. 13428
White & Pitre
516 East Landry Street
Opelousas, Louisiana 70570
Telephone No.: (318) 948-8296

For defendant:

MICHAEL C. CASSIDY, District Attorney, 31st Jud.Dist.Court, Jefferson Davis Parish Courthouse
Jennings, La. 70546
for both Defts.

| STATISTICAL RECORD | COSTS | | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| J.S. 5 mailed Made | Clerk 3-5-65 | 15.00 | 3-5-65 | Tureaud | 15.00 | |
| | "NotAppP11-29-68 | 5.00 | 3-10-65 | CD#T-38 | | 15.00 |
| | | | 11-29-68 | NAACP | 5.00 | |
| J.S. 6 mailed | Marshal 3-15-65 | 14.88 | 12-4-68 | CD#T-23 | | 5.00 |
| SuitUnderT.28Sec.1343(3) & T.[redacted]42,Sec.1983 USC for in- | 4-19-67 | 3.00 | 6-22-70 | Capderville | 5.00 | |
| | | | 6-24-70 | CD#T-52 | | 5.00 |
| Basis of Action: junction against operation of compulsory bi-racial school system & for order requiring Defts.to present plan for desegregation of schools & all activities in connection therewith. | Docket fee | | 1976 | | | |
| | Ps' Not. of App. 6-22-70 Witness fees | 5.00 | 3-26 | Robert H.Shemwell,Clerk,RegistryCk#1396, T.28USC 2042 | 250.00 | |
| Action arose at: | Depositions | | 3-31 | CD #T-40 | | 250.00 |

10902

| DATE 1965 | L. C. ~~LAFAYETTE~~ PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 3-5-65 | Original complaint filed. | |
| 3-5-65 | Original summonses (2) with copies for service, issued. | |
| 3-15-65 | Returns (2) on summonses filed: Both Defts. served 3-8-65. | |
| 3-18-65 | Answer to plaintiff's complaint filed by defendant. | |
| 5-19-65 | Motion by plaintiff for summary judgment, notice thereof, affidavit of plaintiffs' attorney, and brief in support thereof, filed. | a RT SJ Pltf. |
| 5-25-65 | Order of Judge Hunter Permanently enjoinging Defts. from assigning pupils to schools solely because of race from & after time necessary to plan & make arrangements for assignment of pupils on a racially nondiscriminatroy basis; directing Defts. to prepare a plan for an immediate start in the desegregation of its schools commencing with the fall term 1965; and giving defts 15 days in which to submit said plan or plans & allowing plaintiffs 15 days to respond thereto; & retaining jurisdiction for such further proceedings as are necessary and proper, filed.(EFHJR) Copies thereof mailed to counsel of record by Judge Hungter. | |
| 6-22-65 | Copy of Resolution of Jeff Davis Parish School Board with attached proposed plan of Desegregation; filed. | |
| 6-22-65 | Order of Judge Hunter approving plan of Desegregation as amended by said order, filed.(EFHJR) Copies thereof mailed by Judge Hunter to counsel for each side. | |
| 6-24-65 | Formal Judgment in accordance with Court's order of 6-22-65, with attached Plan No. II for integrating Jeff. Davis Parish Schools, for plaintiffs and against Deft. School Board approving said Plan as amended and modified directing said Board to implement said plan beginning not later than 7-1-65, filed. Copies thereof mailed by Judge Hunter to counsel of record. | |
| 7-28-65 | Plaintiff's motion for revising plan, certificate of service and PROPOSED ORDER thereon fixing hearing on said motion, filed. Original thereof mailed to Lake Charles Deputy for submission to Judge Hunter. | |
| 8-5-65 | Order of Judge Hunter fixing hearing on 7-28-65 motion at Lafayette, La. on Sept. 10, 1965 at 9 AM, filed.(EFHJR) Clerk verbally advised by Judge Hunter that all parties had been notified of hearing. | |
| 8-10-65 | (Laf.Minutes) This case & Nos. 9981, 10903, 10912, 11053 & 10125 came on for hearing on motions by Pltfs. in each case for a revised plan of desegregation in accordance with the 5th Circuit Ruling in Singleton vs. Jackson Municipal Separate School District. The motions were taken under consideration by the Court pending decisions in cases now on appeal in the 5th Circuit. All School Boards were instructed to file with the Clerk letters of approval of plans by the Dept. of Health Education & Welfare within the next 5 days or as soon thereafter as received from the Dept. of Health.(RJP & EFHJR) Notice of entry given. | |
| 8-23-65 | Order of Judge Hunter amending order of 6-24-65 so as to require Defts. to desegregate Grades 2 & 11 in addition to 1 & 12 with the 1965-1966 school years & setting forth wording of publication of Notice & deadline for acting on applications for transfer, filed. Counsel of record present in Chambers with the Court at the time order was entered.(EFHJR) | |
| 4-5-66 | Order of Judge Hunter further amending order of 6-24-65 so as to require Defts. to desegregate Grades 3,4,9&10 by Fall term 1966 & Grades 5,6,7&8 by fall Term of 1967; and providing for notification to parents thereof; and giving parties 20 days from service of said order to file objections thereto, filed.(EFHJR) Clerk advised by Judge Hunter's Secy. that copies of said order were mailed 4-4-66 to all counsel of record. | |
| 4-12-67 | Motion by Plaintiffs for further relief and attached memorandum of authorities in support thereof, filed, and mailed to LC Deputy Clerk to place in record. | |
| 4-17-67 | Case came on for hearing on motion filed by Pltfs. for entry of decree by the Court in accordance with the 5th Circuit Court of appeals decision of 3-29-67 regarding school desegregation cases, submitted and granted. Formal decree entered, signed and filed. (efhjr) | |
| 4-19-67 | Return on decree, filed: JEFFERSON DAVID PARISH SCHOOL BOARD & J.C. Neely Supr. served thru Bernard Marcentel, Dist. Atty. 4-17-67. | |
| 10-9-67 | Report required by 4-17-67 order filed by Deft. School Board. | |
| 12-11-67 | Motion by plaintiffs for further relief & Notice of hearing thereon, filed.(See Document in Case No. 9981) | |

**CLOSED CASE** 10902-LC

D. C. 110A Rev. Civil Docket Continuation

| DATE 1968 | PROCEEDINGS LAKE CHARLES | Date Order or Judgment Noted |
|---|---|---|
| 1-3-68 | Copy of Letter from Judge Hunter to Wm.Bennett Turner advising Mr. Turner & all counsel of record that pending motions for further relief lwill be heard at Lake Charles, La. on Monday 1-15-68 at (AM, filed. (See Case No. 9981). | |
| 1-15-68 | Case came on for hearing on motion by Pltfs. for further relief; the entire Clerk's record was filed in evidence by plaintiffs; evidenc, etc. adduced by Defts; matter argued & Court ordered case taken under advisement on briefs to be filed by Pltfs. within 5 days and by Defts. 5 days thereafter.(EFHJR) | |
| 1-19-68 | See No.XX9981.Plaintiff's brief filed. | |
| 1-30-68 | Ruling (opinion) by Judge Hunter on plaintiffs' motion for further relief directing Deft. to, no later than 2-17-68, take administrative action so that at least one (1) teach of a race other than that of the ~~majority~~ majority of students, is in at least six (6) of the 18 schools in Jeff.Davis Parish, filed. Copies of said opinion mailed by Judge Hunter to Messrs. Tureaud, Gremillion & Marcantel. Entire record & docket sheet returne. | |
| 2-22-68 | Report by Supt. of Jeff. Davis Parish Schools of changes made in teaching personnel of schools of said parish, filed. | |
| 4-24-68 | Motion by plaintiffs to supplement record so as to ascertain compliance with faculty integration requirement, Notice thereof, and attached interrogatories propounded by plaintiffs to defendants, filed. | |
| 4-30-68 | Order of Judge Hunter granting plaintiffs' 4-24-68 motion & directing Defts. to serve on Attys for Pltfs. on or before 6-1-68 answer to interrogatories attached to said motion, filed.(EFHJR) Counsel notified thereof by Judge Hunter. (See No. 9981.) plaintiffs'interrogatories under | |
| 6-3-68 | Deft. School Board's answers to/Court order of 4-29-68, filed. (Re: faculty desegregation). | |
| 7-15-68 | Tabulated report of proposed enrollment by race for Jefferson Davis Parish School Board, for 1968-1969 school session, filed. | |
| 9-3-68 | Interrogatories propounded by plaintiffs to defendants, certificate of service, filed. | |
| 10-9- | Answers to interrogatories filed by Defts., which had been propounded to them by Defts, with attachments thereto, filed.(Also pertains to 9981 one document) | |
| 10-8-68 | Order of Court outlining in detail subject matter to be covered at November 12, 1968, hearing entered by Judge Dawkins. Notice of entry given to counsel of record by mailing mimeograph copy of letter to them. | |
| 10-17-68 | Report required by 4-17-67 Court order filed byDeft. School Board. | |
| 10-30-68 | Affidavit of J. C.Neely in support of Freedom of Choice Plan, filed. | |
| 11-4-68 | Brief by plaintiffs in re hearing set for 11-12-68, filed. | |
| 11-12-68 | ALEXANDRIA MINUTES. A pretrial conference was held in Chambers in all Western District of Louisiana School Board Cases. Said cases came on for hearing on questions of zoning of attendance Districts and reassigning faculties and staffs.k In this case an affidavit by J. C. Neely was filed on October 30, 1968, was offered in evidence on behalf of Defendants. One witness was called on behalf of all defendants and ordered that evidence be closed subject to later filings heretofore provided for. Matter argued by counsel for private plaintiffs and defendants, submitted and taken under advisement. (EFHJR, BCDJR & RJP) | |
| XX12-4-68 | See No. 9981. Bond for Costs on Appeal filed by Pltfs. | |

(over)

Civ. 10902-L

| DATE 1968 | PROCEEDINGS LAKE CHARLES | Date Order or Judgment Noted |
|---|---|---|
| 11-14-68 | Per Curiam Decision by All 3 Judges of this District, holding among other things, that present desegregation plans are adequate to convert dual school system to a unitary system in which racial discrimination would be eliminated, that "Free-dom of Choice" under Jefferson decree has real prospects for dismantling dual system, but directing Deft. School Board to render a report 3-1-69 with reasonable specificity that Board's plan for further faculty integration to carry out com-mands of 5th Circuit in Jefferson & Bessemer, and retaining jurisdiction so that further findings, if they are required, can be made by the Court after receipt of the 3-1-69 reports, filed.(BCDJR), EFHJR, & RJP) For details see said decision. Copies of said decision mailed by Clerk to counsel of record shown on said de-cision. | |
| 11-22-68 | Court Reporter's transcript of proceedings of 11-12-68, filed. | |
| 11-29-68 | Plaintiffs' Notice of Appeal from 11-13-68 Decision filed. No copies thereof mailed by Clerk to opposing counsel, as none for that purpose were furnished, but Clerk noted that this has been done by Atty for Pltf. | |
| 12-19-68 | See No. 9981. Designation of record on appeal, filed. | |
| 12-19-68 | See No. 9981. Motion & Order extending time to docket appeal, filed. | |
| 1-6-69 | See No. 9981. Transcript filed. | |
| 1-20-69 | See No. 9981. | |
| 1-28-69 | See No. 9981. | |
| 2-28-69 | Report required to be filed by 3-1-69 by Court's 11-14-69 order filed by Deft. School Board. | |
| 3-14-69 | See No. 9981. | |
| 6-2-69 | Mandate of Court of Appeals reversing & remanding District Court Judgment of 11-14-68 with attached opinion of said Court, filed.( | |
| 6-2-69 | Motion by plaintiffs for order requiring Defts. to file with their proposed plan, in accord with 6-2-69 mandate, the documents described therein, filed. | M |
| 6-3-69 | Order of Judge Dawkins, Jr., written on the 6-2-69 motions by plaintiffs denying said motions for order that Defts. file documents described therein with their new plans for reasons set forth therein, but directing that Deft. School Boards make such information available in their offices, for inspection etc. by counsel for plaintiffs, filed. (BCDJR) Notice of entry given by Clerk to counsel of record by mailing copies of said order to them, with a copy of this entry. | |
| 6-5-69 | En banc order of Court based on 5-28-69 Mandate of Court of Appeals requiring Defts., among other things, to develop and submit, in conjunction with Dept. of HEW new plan of desegregation in the matter set forth therein within 30 days from 6-5-69, filed. Copies thereof mailed by Clerk to counsel of record and Supts. of Deft. School Boards. | |
| 6-11-69 | Record return from COURT OF APPEALS. | |
| 7-5-69 | Proposed Plan of Desegregation filed by Dept. of HEW in accord with 6-5-69 order. | |
| 7-5-69 | Deft. Board's Plan filed in accord with 6-5-69 order. | |
| 7-5-69 | EN BANC Order of Court directing Deft. Boards & HEW to confer in depth to arrive at mutually acceptable plan & extending for 16 days the time to finalize such plans and/or make reports thereon, filed. Notice of entry given by mailing copies to Attys. of Record, Supts, & HEW. | |
| 7-8-69 | Supplement to Court's order of 7-5-69, filed. Notice of entry given by mailing copies thereof to Attys. of Record, Supts. & HEW. | |
| 7-10-69 | Order issued by Clerk by direction of Judge Hunter setting a conference at Lake Charles, La. at 1:30 PM, on 7-21-69, which sets forth matters to be covered at said hearing, filed. Copies thereof mailed by clerk to Tureaud, Greenberg, Marcantel & Superintendent. | |
| 7-11-69 | Copy of Appellate Court order denying Motion ; by School Boards to recall& stay man-date pending filing & disposition of Petition for Writ of Certiorari, filed. | |

D. C. 110A

CLOSED CASE

CIV. 10902-LC

| DATE 1969 | FILINGS—PROCEEDINGS LAKE CHARLES | CLERK'S FEES PLAINTIFF | CLERK'S FEES DEFENDANT | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| JULY 31 | Judgment of Judge Edwin F. Hunter, Jr., which incorporates therein new desegregation plans for defendant school board, filed. For details see said judgment. Notice of entry given by mailing of this entry to Messrs. A. P. Tureaud and Bernard N. Marcantel. | | | |
| 8-6-69 | See No. 9981. Motion & order to send original record to US Supreme Court. | | | |
| *7-21-69 | Case came on for trial, re New Desegregation Plan, counsel for both sides announced ready, evidence, etc. adduced by School Board until 3:15 PM at which time the Court orally dictated an order into the record, and instructed counsel for the School Board to prepare a formal order for presentation to the Court in accord with the oral ruling of the Court. (EFHJR) | | | |
| 10-22-69 | Letter to Clerk from Supt. J.C. Neely, Supt. of Jeff. Davis Parish School Board with attached report to Court re Teacher and Pupil integration, filed. Copy thereof mailed to Judge Hunter by Clerk. Copy thereof mailed by Mr. Neely to Wm. B. Turner. | | | |
| ~~XXXXXXXXXXXXXXXXXXXXXX~~ | | | | |
| 2-18-70 | Motion by Plaintiffs for further relief, filed and mailed to Judge Hunter for such action as he deems necessary. | | | |
| 2-25-70 | Copy of letter of February 24, 1970, from Judge Hunter to counsel for Defendant School Board, directing said board to file new desegregation plan on or before April 1, 1970, and to comply with provisions of Singleton vs. Jackson by same date; and providing for objections to said plan to be filed within 15 days of filing of said plan; after which formal hearing thereon will be had around May 1, 1970, filed. Copy of said letter letter mailed by Judge Hunter to counsel for Plaintiffs. | | | |
| 4-14-70 | Case came on for hearing on proposed plan submitted 1970-1971 School Year, oral testimony adduced on behalf of School Board and Plaintiff. Case ordered taken under advisement on briefs to be filed after the transcript of the proceedings are filed. The Court will instruct counsel by letter as to the time briefs will be due. (EFHJR) | | | |
| 5-7-70 | Reporter's Transcript of 4-14-70 Proceedings (1 Vol. 128 Pages) filed. | | | |
| 6-1-70 | Brief by Plaintiffs in opposition to Defendant School Board's Plan of March 17, 1970 with attachment, filed and mailed to Judge Hunter since he has portion of record. | | | |
| 6-9-70 | Opinion of Judge Hunter on the 4-14-70 hearing approving the Desegregation plan submitted by Deft. Board as described in said opinion with attached copy thereof; and Decree in accordance therewith, filed. Copies thereof mailed by Judge Hunter to counsel of record. Record & docket sheet returned. | | | |
| 6-22-70 | Plaintiffs' notice of appeal from court order of 6-9-70, & $250.00 Bond for Costs on Appeal-David Capdeville Surety filed. No copies of document mailed to [redacted] counsel of record as none were furnished for that purpose. Notice of entry mailed by clerk to Mr. A. P. Tureaud & Mr. Bernard N. Marcantel. Clerk received this date for deposit in the registry of Court $250.00, U. S. Postal Money Orders (3) from David Capdeville as Ps'. Bond for costs on appeal. | | | |

Civ. 10,902-LC

| DATE 1970 | FILINGS—PROCEEDINGS LAKE CHARLES | CLERK'S FEES PLAINTIFF | CLERK'S FEES DEFENDANT | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| June 30 | Record on appeal consisting of document filed February 28, 1970, to present date, mailed to clerk of the Court of Appeals pursuant to Rule 10, of the rules of appellate procedure. | | | |
| July 1 | ~~Defendant's brief, filed.~~ | | | |
| 8-31-70 | Motion by plaintiffs and intervening plaintiffX to add MMXMMXXMMMMMM Clarence Marks as an addition plaintiff and for further relief, with attachment filed; AND MAILED TO JUDGE HUNTER FOR SUCH CONSIDERATION AS HE DEEMS APPROPRIATE in the light of prayer to plaintiffs motion, filed. | M | | |
| 9-3-70 | Copy of preceding motion received from Judge Hunter with the notation that said motion to intervene will be heard at the next regular motion hour which will be later this month. (EFHJR) | | | |
| 9-21-70 | Letter to Clerk from Supt. XX of Deft.School Board with attached report filed in compliance with Judge Hunter's order of 6-8-70, filed., & mailed to LC Deputy Clerk to place in record mailed to him earlier this date. | | | |
| 9-18-70 | See No. 9981. "Objective Criteria Order" re dismissal or demotion, filed. | | | |
| 9-22-70 | Extension of Time, i. e. 30 days from 9-18-70 , re filing of Criteria filed. (BCDJR) See No. 9981 | | | |
| 9-24-70 | Order of Judge Hunter denying motion to intervene, directing that same be considered a new case and assigned a new number by the clerk; that case be considered as having been filed as of August 31, 1970, and directing defendant to answer or further plead to plaintiffs' petition within 15 days from 9-23-70, filed. (EFHJR) Copies of said order mailed by Judge Hunter to Messrs. Tureau and Marcantel; and Miss Ford. | | See Civ 16053 | |
| 9-29-70 | The motions filed in this case have previously been ruled on. (EFHJR) | | | |
| 10-8-70 | (See No. 9981). Extension Motion and order regarding Objective Criteria. | | | |
| 11-9-70 | Copy of plaintiffs' opposition to defendants' Motion (InCiv.No. 16053) to dismiss, filed. | | | |
| 6-30-71 | Opinion-Order, issued as & for the Mandate, of the Court of Appeals vacating District Court's Order of XXXXX 6-9-70 & remandinga cause to District Court to make findings set forth therein within 30 days, such findings to be returned to thix that Court within 30 days & requiring School Board to render reports xx described therein, filed; with attached dissenting order by Judge Coleman, Record on appeal not returned with said order. | | | |
| 7-2-71 | Letter to counsel of record from Judge Hunter, which among other things set case for hearing in Lake Charles, Louisiana, On July 9, 1971, at 10:00 A. M., filed. | | | |
| 7-2-71 | Record onK Appeal returned by Clerk of Court of Appeals to Dist.Court Clerk. | | | |
| 8-5-71 | Certified copy of opinion-order of Court of Appeals issued as and for that Court's Mandate, affirming District Court's report filed July 26, 1971, as directed by our remand of June 28, 1971; affirming the District Court's Findings of Fact and Conclusions of Law entered on July 22, 1971; denying the Appellants' request that the school board be ordered to reOpenmm the now closed Jefferson Davis High School; granting the appellants' request that the appellee school board be ordered to re-open the now closed James Ward Elementary School; | | | |

(SEE NEXT PAGE)

Civ. 10,90

D. C. 110A Rev. Civil Docket Continuation

| DATE 1971 | LAKE CHARLES PROCEEDINGS | Date Order or Judgment Note |
|---|---|---|
| 8-5-71 | Continued: The appellees are ordered to re-open James Ward Elementary School as a regularly operating elementary school beginning with the fall term of the 1971-72 school year, and to reassign the fifth grade students now attending Southwide Elementary School to James Ward Elementary School. Whether Southwide will then be closed, or allowed to remain open for other valid educational purposes, is left to school authorities to determine. The district Court should retain jurisdiction of this case until such time as the respondent school board has complied with this order and so reported. When these matters are accomplished, the respondent school board will in our judgment have achieved a unitary school system, filed. | |
| -30-71 | Notice of change of address by Margrett Ford to 501 Petroleum Tower Bldg., Shreveport, La., filed. | |
| 10-12-71 | Letter to Clerk from Supt. of Schools, Jeff. Davis Parish SchoolX Board, with attached report containing enrollment information for 1st 20 days of the 1971-72 School Session, filed. | |
| 27 6-XX-72 | Letter to Clerk from Clerk of Court of Appeals with attached Brown Envelope purported containing exhibits filed in evidence on 7-9-71 at the post remand hearing held in Lake Charles, La. which were previously forwarded to Judge Bryan Simpson, US Circuit Judge at request of Clerk of Court of Appeals. Received. | |
| 10-27-72 | Report of Jefferson Davis Parish for the first thirty days of school of the 1972-1973 school session concerning enrollment, filed. | |
| 10-3-73 | Motion by attorneys for plaintiffs to associate Mr. Hilry Huckaby, III, as counsel for plaintiffs and Order thereon allowing same, filed. Notice of entry given by Clerk to Messrs. Tureaud, Chachkin, Huckaby & Marcantel. | |
| 10-12-73 | Copy of Judge Hunter's letter to Dist.Atty.Marcantell approving Deft. Board's plan to buold a new high school plant in Lake Arthur, filed. | |
| 11-13-73 | Report of Teacher Assignments for 1973-1974 School Session (first thirty days), filed. | |
| 11-15-74 | Report of Teacher Assignments for 1974-1975 School Session (first thirty days), filed. | |
| 11-17-75 | Report of Teacher Assignments for 1975-1976 School Session (first thirty days), filed. | |
| 3-24-76 | xxxxx Order by Judge Hunter that the sum of $250.00, which has remained deposited in this Court for 5 years, unclaimed by the persons entitled therto, be withdrawn by the Clerk of this Court and deposited in the Treasurer of the US to the credit of the US in the manner provided in Title 28, U.S.C. 2042, filed. (EFH,JR) | |
| 11-15-76 | Report of Teacher Assignments for 1976-1977 School Session for 1st 30 days, filed. | |
| 11-18-77 | Copy of report of teacher assignments for 1977-1978 School Session for 1st 30 days. | |
| 1-10-79 | Copy of report of enrollment for first thrity days of the 1978-79 school session. | (jm) |
| 02-08-80 | REPORT(Jefferson Davis Parish School Board) concerning enrollment for first 30 days of the 1979-80 school session. (dm) | |
| 1-27-81 | REPORT(Jefferson Davis Parish School Board) concerning enrollment for 1st 30 days of 1980-81 school session. (dm) | |
| 12-18-81 | REPORT(Jefferson Davis Parish School Board) concerning enrollment for 1st 30 days of 1981-82 school session. (dm) | |

(OVER)

CI ~~10,687-S~~ 10,902-S

| DATE 1982 | PROCEEDINGS SHREVEPORT | Date Order or Judgment No' |
|---|---|---|
| 3-12-82 | ANSWERS TO INTERROGATORIES (Bossier Parish School Board). (bc) | |
| 3-12-82 | COURT REPORT (Bossier Parish School Board) for the year 1982. (bc) | |
| 11-12-82 | REPORT (Jefferson Davis Parish School Board) concerning enrollment for the first 30 days of the 1982-83 school session. (dm) | |
| *11-21-83* | *REPORT (Jefferson Davis Parish School Board) concerning enrollment for the first 30 days of the 1983-4 school session. (ps)* | |
| 01-13-86 | REPORT (Jefferson Davis Parish School Board) concerning enrollment for lst 30 days of 1985-86 school session. (dw) | |
| 05-04-87 | REPORT (Jefferson Davis Parish School Board) concerning enrollment for lst 30 days of 1986-87 school session (dd) | |
| 11-20-87 | REPORT (Jefferson Davis Parish School Board) concerning enrollment for lst 30 days of 1987-1988 school session (ps) | |
| 12-16-88 | REPORT (Jefferson Davis Parish Schools) concerning enrollment for lst 30 days of 1988-89 school session (dd) | |
| 12-04-89 | REPORT (Jefferson Davis Parish Schools) concerning enrollment for lst 30 days of 1989-90 school session (ddc) | |
| 1-11-91 | REPORT (Jefferson Davis Parish School Board) concerning enrollment for lst 30 days of 1990-91 school session (cag) | |
| 11-6-91 | REPORT (Jefferson DAvis Parish School Board) concerning enrollment for lst 30 days of 1991-92 school session (cag) | |
| 02-24-92 | ME: after receiving records handled from 1969 to 1970, Mr. Whitford was advised that the School Board does not need specific approval by this Court to consolidate the Jennings and Welsh School District and this matter is to be handled by the School Board; persons feeling aggrieved could, of course, judicially attack the consolidation (EFH,JR/ps) NOE/cag | |
| 10/29/92 | REPORT (Jefferson Davis Parish School Board) concerning enrollment for lst 30 days of 1992-93 school session. (sjd) | |
| 8/31/94 | MOTION (Plaintiffs) for Further Relief set before Judge Edwin F. Hunter, Jr. on 10/12/94. (om) NOE by: om (with Memorandum) | |
| 9/22/94 | OPPOSITION (Jefferson Davis Parish School Board) to Motion for Further Relief. (om) | |
| 10/17/94 | MEMORANDUM (Jefferson Davis Parish School Board) in Opposition to Motion for Further Relief. (om) | |
| 10/19/94 | RECEIVED copy of letter from Superintendent of Jefferson Davis Parish School Board with attached information concerning enrollment for Jefferson Davis Parish Schools for the first thirty days of the 1994-95 school session. (om) | |
| 10/18/94 | INFORMATION Concerning Enrollment for Jefferson Davis Parish Schools for the First Thirty Days of the 1994-95 School Session. (om) | |
| 10/26/94 | ME, Court conferred today with Mr. Marion O. White and Mr. Michael Hill. A status conference will be held on 10/31/94, at 10:00 a.m. (EFHJR/om) NOE tss | |
| 10/31/94 | ORDER from status conference held this date. Petitioners' request for a preliminary injunction prohibiting the closure of Fenton High School is DENIED. Counsel are to confer as to the most appropriate method of responding to plaintiffs' request for certain information. A copy of any factual information conveyed to plaintiffs will be furnished to the court. (EFHJR/om) NOE tss | |
| 2/21/95 | MEMORANDUM addressing letter from District Attorney Michael C. Cassity to Judge Hunter regarding closing two old schools and building a new on in their place. If this Court's approval is necessary, it is granted. School Board has authority to proceed as intimated in Mr. Cassidy's letter of 2/9/95. (EFHJR/om) | NOE ts |
| 2/21/95 | LETTER from District Attorney Michael C. Cassidy to Judge Hunter, with is the subject of the above Memorandum. (om) | |
| 10/23/95 | LETTER from Superintendent of the Jefferson Davis Parish School Board with Report concerning enrollment for Jefferson Davis Parish Schools for the first 30 days of the 1995-1996 school session. (om) | |
| 10-15-96 | LETTER from Supt of Jefferson Davis Parish Sch ool Bd with Report concerning enrollment for Jefferson Davis Parish Schools for first 30 days of 1996-97 school session (cag) (Continued) | |

Civ. 10,902-LC

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. ______ |
|---|---|---|
| MARCUS GORDON ET AL | JEFFERSON DAVIS PARISH SCHOOL BOARD ET AL | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 10/20/97 | -- | REPORT (Jefferson Davis Parish School Board) concerning enrollment for the 1st 30 days of 1997-98 school session. (om) (Letter from Cleve Beard, Superintendent of Jefferson Davis Parish School Board) |
| 10/14/98 | -- | RECEIVED copy of letter from Cleve Beard, Superintendent of the Jefferson Davis Parish School Board, with attached information concerning enrollment for Jefferson Davis Parish Schools for the first thirty days of the 1998-99 school session. (om) |
| 10/23/98 | -- | LETTER from Cleve Beard, Superintendent of the Jefferson Davis Parish School Board, with attached information concerning enrollment for Jefferson Davis Parish Schools for the first thirty days of the 1998-99 school session. (om) |
| 10/07/99 | -- | EXHIBIT in a big tube (probably maps) moved from the Sealed Exhibit room to the storage room downstairs. (nl) |
| 10/26/99 | -- | REPORT (Jefferson Davis Parish School Board) concerning enrollment for the first 30 days of the 1999-2000 school session. (Attached to letter from C A Friedman, Superintendent of Jefferson Davish Parish School Board. (om) |
| 10/19/00 | -- | REPORT (Jefferson Davis Parish School Board) concerning enrollment for the 1st 30 days of 200-01 school session. (sem) (Attached to letter from C. A. Friedman, Superintendent of Jefferson Davis Parish School Board) |
| 12/21/01 | -- | REPORT (Jefferson Davis Parish School Board) concerning enrollment for the 1st 30 days of the 2001-02 school session. (Attached to letter from C. A. Friedman, Superintendent of Jefferson Davis Parish School Board) (sem) |
| XXXXXXXX | | |
| 2/6/06 | -- | ****ALL FUTURE ENTRIES IN CM/ECF**** 65-10902 |