RECEIVED
IN LAKE CHARLES, LA

FEB - 8 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES, LOUISIANA**

| | | |
|---|---|---|
| **MARCUS GORDON, ET AL** | * | **PETITION FOR INTERVENTION** 65-10902 |
| | * | |
| **VERSUS** | * | **CIVIL ACTION NO.: 10902** |
| | * | |
| **JEFFERSON DAVIS PARISH SCHOOL BOARD, ET AL** | * | |

**PETITION FOR INTERVENTION**

Now into court comes Interveners, Jefferson Davis Concerned Citizens, represented herein by **CLARENCE LEVY**, through undersigned counsel, who respectfully submits the following Petition for Intervention as follows:

1.

On April 19, 1969, this Honorable Court ordered a desegregation plan for the Parish of Jefferson Davis.

2.

The Court ordered that the defendants, to the extent consistent with the proper operation of the school system as a whole, shall locate any new school and substantially expand any existing schools with the objective of eradicating the vestiges of the dual system.

3.

Interveners contend that the school board has closed Ward Elementary in Jennings, Louisiana, relocated those students, and built a new high school on the north side of Jennings, La. All of which is not consistent with the proper operation of the school system as a whole, and outside the objective of eradicating the vestiges of the dual system.

4.

Interveners contend that after the closure of Ward Elementary, there are no public schools in the black community of Jennings, La., which creates a hardship on those parents and students residing in the black community.

5.

Interveners contend that defendants have failed to take the necessary steps to integrate school board personnel at every level including but not limited to administrative

positions in central office; administrative positions at individual schools; class room teachers; athletic personnel; music directors; and support positions.

**WHEREFORE**, Interveners pray that this Honorable Court intervene to eradicate the vestiges of the dual system that was ordered April 19, 1969 by reopening this matter, and setting a hearing to determine whether or not the defendants are in violation of the April 19, 1969 ruling, and thereby in contempt of this court.

RESPECTFULLY SUBMITTED:

MACK I. FRANK, BAR NO. 9954
633 NORTH UNION STREET
OPELOUSAS, LA. 70570
(337) 948-9701